Durdella, Appellant, *v.* Rothman et al.

Argued October 4, 1946. Before BALDRIGE, P. J., RHODES, HIRT, RENO, DITHRICH, ROSS and ARNOLD, JJ.

*George O'Dougherty,* for appellant.

*Thomas Z. Minehart* and *Charles A. Rothman,* for appellees, were not heard.

PER CURIAM, October 8, 1946:

We find no merit in the contention of appellant that the court abused its discretion and acted in an arbitrary manner in granting a new trial in this case. It appears that a new trial was granted, not on questions of law but in the exercise of a general discretion. Our appellate courts have uniformly held that under such circumstances the action of the lower court will not be reviewed. *Com. v. Dolan et al.,* 155 Pa. Superior Ct. 453, 456, 38 A. 2d 497; *Kerr et ux. v. Hofer et al.,* 341 Pa. 47, 17 A. 2d 886; *Weinfeld v. Funk,* 342 Pa. 160, 20 A. 2d 206.

Order affirmed.